# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE

Mary Lee,

               Plaintiff,

  v.

Monarch Recovery Managment, Inc.,

               Defendant.

## COURT MINUTES
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-10-3083 DSD/SRN |
| Date: | November 22, 2010 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:20 a.m. |
| Time in Court: | 50 Minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Trista M. Roy |
| For Defendant: | Patrick D. Reilly |

Interpreter / Language:     /

Hearing on:  **Settlement Conference**

PROCEEDINGS:

☒  Settlement reached. Terms stated on the record.  **If a transcript of this proceeding is requested, it shall be filed under seal.**

☐  No settlement reached.

                        __ s/ Beverly C. Riches _____
                        Signature of Judicial Assistant