UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE 10-CV-3083 (DSD/SRN)

---

Mary Lee,

    Plaintiff,

v.                                     **ORDER FOR DISMISSAL**

Monarch Recovery Management, Inc.

    Defendant.

---

    Based on the stipulation of the parties [ECF No. 10] **IT IS HEREBY ORDERED** that this action is dismissed with prejudice and on its merits and without costs or disbursements to any party.

Dated: December 22, 2010            s/David S. Doty
                                                     David S. Doty
                                                     Judge of U.S. District Court